| | |
|---|---|
| Charles M. Lizza | OF COUNSEL: |
| William C. Baton | |
| Sarah A. Sullivan | Isaac Ashkenazi |
| Alexander L. Callo | Mark Russell Sperling |
| SAUL EWING LLP | Justin T. Fleischacker |
| One Riverfront Plaza, Suite 1520 | Kedar Venkataramani |
| Newark, NJ 07102 | PAUL HASTINGS LLP |
| (973) 286-6700 | 200 Park Avenue |
| clizza@saul.com | New York, NY 10166 |
| wbaton@saul.com | isaacashkenazi@paulhastings.com |
| sarah.sullivan@saul.com | marksperling@paulhastings.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| *Heron Therapeutics, Inc.* | *Heron Therapeutics, Inc* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| HERON THERAPEUTICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SLAYBACK PHARMA LLC and SLAYBACK PHARMA INDIA LLP, <br><br> Defendants. | **Civil Action No. _____** <br><br> **(Filed Electronically)** |

### PLAINTIFF HERON THERAPEUTICS, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Heron Therapeutics, Inc. makes the following disclosure:

Plaintiff Heron Therapeutics, Inc. has no parent company, and no publicly held corporation owns 10% or more of its stock.

- 2 -

| | |
|---|---|
| Dated: January 24, 2024 | s/ Charles M. Lizza |
| | Charles M. Lizza |
| OF COUNSEL: | William C. Baton |
| | Sarah A. Sullivan |
| Isaac S. Ashkenazi | Alexander L. Callo |
| Mark Russell Sperling | SAUL EWING LLP |
| Justin T. Fleischacker | 1037 Raymond Blvd., Suite 1520 |
| Kedar Venkataramani | Newark, NJ 07102 |
| PAUL HASTINGS LLP | (973) 286-6700 |
| 200 Park Avenue | clizza@saul.com |
| New York, New York 10166 | wbaton@saul.com |
| (212) 318-6000 | sarah.sullivan@saul.com |
| isaacashkenazi@paulhastings.com | |
| marksperling@paulhastings.com | *Attorneys for Plaintiff* |
| | *Heron Therapeutics, Inc.* |
| *Attorneys for Plaintiff* | |
| *Heron Therapeutics, Inc.* | |